# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | RENEE A BERRY |
| **Case Number:** | 2:09-BK-01066-RJH    **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, AUGUST 10, 2009 10:30 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK HOME MORTGAGE

**R / M #:** 39 / 0

## *Appearances:*

DARYL DORSEY, ATTORNEY FOR MOVANT
RENEE BERRY, DEBTOR

## *Proceedings:*

Mr. Dorsey informed he shows no loan modification is pending.   He urged the Court to grant stay relief.

Ms. Berry stated she has filed all the paperwork for a loan modificaton and she does know they have received it.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO SEPTEMBER 14, 2009 AT 11:00 AM.  IT IS ORDERED THE AUTOMATIC STAY WILL REMAIN IN EFFECT.